CO-386-online

**RECEIVED**
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2005 NOV 17 PM 5: 55
NANCY M.
MAYER-WHITTINGTON
CLERK

**FILED**
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

NATURAL RESOURCES DEFENSE COUNCIL )
and BAY AREA PHYSICIANS FOR SOCIAL )
RESPONSIBILITY )
)
            Plaintiff )
vs )
)
STEPHEN L. JOHNSON, Administrator )
UNITED STATES ENVIROMENTAL )
PROTECTION AGENCY )
)
            Defendant )

Civil Action No.___

CASE NUMBER  1:05CV02243

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 11/17/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  NRDC and Bay Area Physicians for Social Responsibility  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  NRDC and Bay Area Physicians for Social Responsibility  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

D.C. Bar #464222
BAR IDENTIFICATION NO.

David S. Baron
Print Name

Earthjustice, 1625 Massachusetts Ave., NW, Suite 702
Address

Washington, DC 20036
City     State     Zip Code

(202) 667-4500
Phone Number