RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
NOV 1 7 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA  NOV 17  PM 5: 57

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M.
MAYER-WHITTINGTON
CLERK

NATURAL RESOURCES DEFENSE )
COUNCIL, and BAY AREA PHYSICIANS )
FOR SOCIAL RESPONSIBILITY, )
)
            Plaintiffs, )
)
           v. )
)
STEPHEN L. JOHNSON, Administrator, )
United States Environmental Protection )
Agency, and THE UNITED STATES )
ENVIRONMENTAL PROTECTION )
AGENCY, )
)
           Defendants, )
_____ )

C

CASE NUMBER  1:05CV02243

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 11/17/2005

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiffs Natural Resources Defense Council and Bay Area Physicians for Social

Responsibility, and Defendants Stephen L. Johnson, Administrator of the United States

Environmental Protection Agency, and the United States Environmental Protection Agency

(collecitvely "EPA"), hereby move for entry of the proposed consent decree ("Proposed Consent

Decree") -- which is being lodged simultaneously with this Motion. As grounds for this motion,

the parties state the following:

1. Plaintiffs' Complaint in this action contends that EPA failed to perform alleged

nondiscretionary duties under the Safe Drinking Water Act ("the Act"), 42 U.S.C. § 300f-300j-

26.

2. Count I of Plaintiffs' Complaint contends EPA has failed to meet an alleged

nondiscretionary duty under section 1412(b)(2)(C) of the Act, 42 U.S.C. § 300g-1(b)(2)(C), to

3

promulgate a Final (Long Term) Enhanced Surface Water Treatment Rule.

3. Count II of Plaintiffs' Complaint contends EPA has failed to meet an alleged nondiscretionary duty under section 1412(b)(2) of the Act, 42 U.S.C. § 300g-1(b)(2)(C), to promulgate a Stage II Disinfectants and Disinfection Byproducts Rule.

4. Count III of Plaintiffs' Complaint contends EPA has failed to meet an alleged nondiscretionary duty under section 1412(b)(8) of the Safe Drinking Water Act, 42 U.S.C. § 300g-1(b)(8), to promulgate national primary drinking water regulations requiring disinfection as a treatment technique for all public water systems, including ground water systems as necessary.

5. The Proposed Consent Decree resolves the claims alleged in Count II of the Complaint.

6. In the Proposed Consent Decree, EPA, without admission of any allegation in the Complaint, except as to the jurisdiction of this Court, agrees to sign for publication in the Federal Register by December 15, 2005, a notice of final rulemaking promulgating the Stage 2 Rule.

7. The parties believe that entry of the Proposed Consent decree is in the public interest and an equitable resolution of the claims raised in Count II of the Complaint.

For these reasons, we move the Court to enter the proposed Consent Decree.

Respectfully submitted,

Jennifer C. Chavez
David S. Baron
Earthjustice
1625 Massachusetts Ave., N.W., Suite 702
Washington, D.C. 20036
(202) 667-4500

Attorney for Plaintiffs

2

Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources
Division


Eric G. Hostetler
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-2326

Of Counsel for EPA

Steven Neugeboren
Acting Associate General Counsel
Water Law Office
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2355A
Washington, D.C.  20460

Attorneys for Defendants

Dated: November 17, 2005