IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF C0LUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No.: 1:05-cv-02243-HHK |

**ORDER**

Counsel for the Parties have negotiated a Settlement Agreement addressing Counts 1 and 3 of the Plaintiffs' Complaint in the above captioned case. Upon consideration of the Joint Motion to Hold this Case in Abeyance Pending Implementation of the Settlement Agreement, the Court hereby orders that Counts 1 and 3 in this case be held in abeyance during the period required to effectuate the terms of the Settlement Agreement negotiated by the Parties. Notwithstanding the foregoing, during the period of abeyance the Plaintiffs may file, and EPA may oppose, a motion for costs of litigation (including attorneys' fees) for activities performed with respect to Counts 1 and 3 of the Complaint in this case.

Executed this _____ day of _____, 2005.

_____
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT COURT