IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No.: 1:05-cv-02243-HHK |

**NOTICE OF FILING PROPOSED FORM OF ORDER**

Plaintiffs are filing herewith a proposed form of order to accompany their Joint Motion to Hold This Case in Abeyance Pending Implementation of the Settlement Agreement, filed November 17, 2005.

DATED this 28th day of November, 2005

_____/s/_____
David S. Baron - D.C. Bar #464222
Jennifer Chavez - D.C. Bar #493421*
Earthjustice
1625 Massachusetts Avenue, N.W.
Suite 702
Washington, D.C. 20036

Counsel for NRDC and Bay Area Physicians
for Social Responsibility

_____
* Member of District of Columbia Bar. Application to the Bar of the U.S. District Court for the District of Columbia pending.