## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
NATURAL RESOURCES DEFENSE                )
COUNCIL, *et al.*                        )
                                        )
Plaintiffs                               )
                                        )
            v.                           )    Case No.: 1:05-cv-02243-HHK
                                        )
STEPHEN L. JOHNSON, Administrator        )
of the United States Environmental Protection )
Agency, and THE UNITED STATES            )
ENVIRONMENTAL PROTECTION AGENCY,         )
                                        )
Defendants.                              )
_____ )

### NOTICE OF LODGING CONSENT DECREE
### AND PROPOSED FORM OF ORDER

Plaintiffs are filing herewith a Consent Decree and a proposed form of order to

accompany their Joint Motion for Entry of Consent Decree, filed November 17, 2005.  The

Consent Decree and proposed order were lodged with the Court on November 17, 2005, but have

not been posted on the Court's ECF system.

DATED this 30th day of November, 2005

                        _____/s/_____
                        David S. Baron - D.C. Bar #464222
                        Jennifer Chavez - D.C. Bar #493421*
                        Earthjustice
                        1625 Massachusetts Avenue, N.W.
                        Suite 702
                        Washington, D.C. 20036

                        Counsel for NRDC and Bay Area Physicians
                        for Social Responsibility

_____
* Member of District of Columbia Bar.  Application to the Bar of the U.S. District Court for the
District of Columbia pending.