IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF C0LUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL and BAY AREA PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br><br> Plaintiffs <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER

UPON CONSIDERATION OF THE FOREGOING, THE Court hereby finds that this Consent Decree is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest.  THE FOREGOING Consent Decree is hereby APPROVED AND ENTERED.

SIGNED and ENTERED this _____ day of _____ .

_____