IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*<br><br>Plaintiffs<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Case No.: 1:05-cv-02243-HHK |

### DECLARATION OF SERVICE

I, Emily Robinson, hereby certify that on December 2, 2005, I served a summons and a copy of Natural Resources Defense Council and Bay Area Physicians for Social Responsibility's complaint, motion for consent decree, and motion to hold case in abeyance by certified first class mail to the following people:

> Stephen L. Johnson, Administrator
> United States Environmental Protection Agency
> Ariel Rios Building
> 1200 Pennsylvania Avenue, NW
> Washington, DC 20460
> (Exhibit A)
>
> Alberto R. Gonzales
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>  (Exhibit B)

1

Kenneth L. Wainstein
United States Attorney for the District of Columbia
Judiciary Center Building
444 Fourth Street, NW
Washington, DC 20530
(Exhibit C)

Return receipts from the aforementioned people are attached as Exhibits A-C. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2005.

*Emily Robinson*
Emily Robinson
Litigation Assistant
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036
(202) 667-4500