**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12/5/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Stephen L. Johnson, Administrator
   United States Environmental Protection Agency
   Ariel Rios Building
   1200 Pennsylvania Avenue, NW
   Washington, DC 20460

3. ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   Attorney General for the United States of America
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  DEC 0 5 2005

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

   Express Mail
   Return Receipt for Merchandise
   C.O.D.

   xtra Fee)    ☐ Yes

Exhibit B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  DEC 0 5 2005  C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney for the District of Columbia<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ C.O.D.<br>(Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |

Exhibit C