# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF C0LUMBIA

_____

NATURAL RESOURCES DEFENSE )
COUNCIL, *et al.* )
)
Plaintiffs )
)
              v. )    Case No.: 1:05-cv-02243-HHK
)
STEPHEN L. JOHNSON, Administrator )
of the United States Environmental Protection )
Agency, and THE UNITED STATES )
ENVIRONMENTAL PROTECTION AGENCY, )
)
Defendants. )
_____)

## ORDER

       Counsel for the Parties have negotiated a Settlement Agreement addressing Counts 1 and 3 of the Plaintiffs' Complaint in the above captioned case.  Upon consideration of the Joint Motion to Hold this Case in Abeyance Pending Implementation of the Settlement Agreement, the Court hereby orders that Counts 1 and 3 in this case be held in abeyance during the period required to effectuate the terms of the Settlement Agreement negotiated by the Parties. Notwithstanding the foregoing, during the period of abeyance the Plaintiffs may file, and EPA may oppose, a motion for costs of litigation (including attorneys' fees) for activities performed with respect to Counts 1 and 3 of the Complaint in this case.

                            HENRY H. KENNEDY, JR.
                            UNITED STATES DISTRICT JUDGE