IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL and BAY AREA PHYSICIANS FOR SOCIAL JUSTICE,<br><br>Plaintiffs<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY Ariel Rios Building, 1200 Pennsylvania Ave., NW Washington, DC 20460<br><br>Defendants. | Case No. 1:05-cv-2243-HHK |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric Hostetler as counsel of record in this case for Defendants United States Environmental Protection Agency et al.  Mr. Hostetler's contact information and e-mail address are below.

>Respectfully submitted,
>
>SUE ELLEN WOOLDRIDGE
>Assistant Attorney General
>Environment and Natural Resources Division

By:     /S/
ERIC G. HOSTETLER, Attorney
D.C. Bar #445917
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Voice: (202) 305-2326
Telecopier: (202) 514-8865
eric.hostetler@usdoj.gov

-1-

Overnight Mail Address
Room 8000 - Patrick Henry Building
601 D Street, NW
Washington, D.C. 20004

Counsel for Defendant EPA

Dated: December 19, 2005