IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF C0LUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL and BAY AREA PHYSICIANS FOR SOCIAL JUSTICE, <br><br> Plaintiffs <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator of the United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY Ariel Rios Building, 1200 Pennsylvania Ave., NW Washington, DC 20460 <br><br> Defendants. | Case No. 05-2243 |

### NOTICE OF TERMINATION OF CONSENT DECREE AND UNOPPOSED REQUEST FOR DISMISSAL OF COUNT 2 OF COMPLAINT

Defendant United States Environmental Protection Agency ("EPA") hereby notifies the Court that the Consent Decree resolving Count 2 of the Complaint ("the Decree") has terminated, and EPA requests dismissal of Count 2 of Plaintiffs' Complaint. In support of this Notice and Request for Dismissal, EPA states as follows:

1. Count 2 of Plaintiffs' Complaint alleges that EPA's failure to promulgate a Stage II Disinfectants and Disinfection Byproducts Rule constitutes a failure to perform a nondiscretionary duty under 42 U.S.C. § 300g-1(b)(2)(C) of the Safe Drinking Water Act.

2. The parties were able to agree on a Consent Decree resolving Count 2 and filed the Decree with the Court on November 30, 2005. The Court entered the Consent Decree on December 13, 2005.

3. Paragraph 4 of the Consent Decree provides as follows:

> The EPA Administrator shall, by December 15, 2005, sign for publication in the Federal Register a notice of final rulemaking

        promulgating the Stage 2 Rule. No later than ten business days following signature of such notice, EPA shall deliver the notice to the Office of the Federal Register for prompt publication. Following such delivery to the Office of the Federal Register, EPA shall not take any step (other than necessary to correct any typographical or other error in form) to delay or otherwise interfere with publication of such notice in the Federal Register. EPA shall make available to Plaintiffs, within ten business days following signature by the Administrator, a copy of the notice of final rulemaking required by this Paragraph.

4.     Pursuant to Paragraph 4 of the Consent Decree, the Administrator signed by December 15, 2005, a notice of final rulemaking promulgating the Stage 2 Rule and within ten business days delivered the notice to the Office of the Federal Register for prompt publication. The Stage 2 Rule was published in the Federal Register on January 4, 2006 (71 Fed. Reg. 388).

5.     Paragraph 10 of the Decree provides as follows:

        This Consent Decree shall terminate after fulfillment of all the obligations of EPA under Paragraph 4 of the Consent Decree and publication in the Federal Register of the notice of final rulemaking referenced in Paragraph 4. Upon termination of the Consent Decree, Count 2 of the Complaint shall be dismissed with prejudice. EPA shall file an appropriate notice with the Court after EPA has fulfilled its obligations under Paragraph 4.

6.     Undersigned counsel for EPA has been authorized by Jennifer Chavez, counsel for Plaintiffs, to represent that Plaintiffs do not oppose dismissal of Count 2 of the Complaint.

WHEREFORE, EPA respectfully requests that the Court dismiss Count 2 of the Complaint with prejudice.

                                          Respectfully submitted,

                                          SUE ELLEN WOOLDRIDGE
                                          Assistant Attorney General
                                          Environment and Natural Resources Division

By:            /S/
          ERIC G. HOSTETLER, Attorney
          D.C. Bar #445917
          Environmental Defense Section
          U.S. Department of Justice
          P.O. Box 23986

> Washington, D.C. 20026-3986
> Voice: (202) 305-2326
> Telecopier: (202) 514-8865
> eric.hostetler@usdoj.gov
>
> <u>Overnight Mail Address</u>
> Room 8000 - Patrick Henry Building
> 601 D Street, NW
> Washington, D.C. 20004
>
> Counsel for Defendant EPA

Dated: January 24, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF C0LUMBIA

_____
                                              )
NATURAL RESOURCES DEFENSE                     )
COUNCIL and BAY AREA PHYSICIANS               )
FOR SOCIAL JUSTICE,                           )
                                              )
          Plaintiffs            )
                                              )
        v.                              )
                                              )   Case No. 05-2243
STEPHEN L. JOHNSON, Administrator             )
of the United States Environmental Protection )
Agency, and THE UNITED STATES                 )
ENVIRONMENTAL PROTECTION AGENCY               )
Ariel Rios Building, 1200 Pennsylvania Ave., NW )
Washington, DC 20460                          )
                                              )
         Defendants.           )
_____)


## [Proposed] Order

Having considered Defendants' Notice of Termination of the Consent Decree and Request for Dismissal of Count 2,

THIS COURT ORDERS that Count 2 of the Complaint is dismissed with prejudice.

      So Ordered,


      _____
      HON. HENRY H. KENNEDY
      UNITED STATES DISTRICT JUDGE


DATED: _____