UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　v.<br><br>**STEPHEN L. JOHNSON,**<br><br>　　　　　**Defendant.** | Civil Action  05-02243 (HHK) |

**O R D E R**

　　Having considered defendants' notice of termination of the consent decree and request for dismissal of Count 2,

　　This court orders that Count 2 of the complaint is dismissed with prejudice.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 25, 2006