IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, and BAY AREA PHYSICIANS FOR SOCIAL RESPONSIBILITY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case 1:05-cv-02243-HHK |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**CONSENT MOTION FOR MODIFICATION OF CONSENT DECREE**

Plaintiffs Natural Resources Defense Council and Bay Area Physicians for Social Responsibility hereby move for modification of the Consent Decree entered by this Court on December 13, 2005. Plaintiffs request this modification to allow the parties additional time to resolve informally the Plaintiffs' claims for costs of litigation (including attorney's fees). This motion is consented to by the parties.

1. Under the Consent Decree entered by this Court, the deadline for the Plaintiffs to file a motion for costs of litigation (including attorney's fees) for activities performed with respect to Count 2 claims is April 12, 2006.

2. The Consent Decree provides that "any provision of this Consent Decree may be modified by the Court upon motion by any Party to this Consent Decree demonstrating that such modification is consistent with law and in the public interest, after consideration of any response by the non-moving party."

3. Because the undersigned counsel for Plaintiffs has been involved in preparing for

a recent oral argument in the U.S. Court of Appeals for the District of Columbia Circuit, as well as hearings on motions for temporary restraining order and preliminary injunction in the U.S. District Court for the Southern District of West Virginia, counsel requires additional time to prepare a proposed agreement for costs.

4. The parties have agreed to extend the deadline for Plaintiffs to submit a motion for costs (including attorney's fees) for activities performed with respect to Count 2 of the Complaint to June 26, 2006.

5. The parties believe that this motion to modify the Consent Decree is consistent with law and in the public interest because it will allow the parties sufficient time to resolve informally the Plaintiffs' claims for costs of litigation and avoid unnecessary litigation.

6. Counsel for the Defendant EPA has authorized the undersigned to represent to the Court that EPA consents to this motion.

For these reasons, we move the Court to approve the modification to the Consent Decree.

                                            Respectfully submitted,

                                            /s/ Jennifer C. Chavez
                                          Jennifer C. Chavez
                                          David S. Baron
                                          Earthjustice
                                          1625 Massachusetts Ave., N.W., Suite 702
                                          Washington, D.C. 20036
                                          (202) 667-4500

                                          *Attorneys for Plaintiffs*

Dated: April 11, 2006