IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, and BAY AREA PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>        Plaintiffs,<br><br>        v.<br><br>STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency, *et al.*<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)   Case 1:05-cv-02243-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR MODIFICATION OF CONSENT DECREE

Plaintiffs Natural Resources Defense Council and Bay Area Physicians for Social Responsibility hereby move for modification of the Consent Decree entered by this Court on December 13, 2005. Plaintiffs request this modification to allow the parties additional time to resolve informally the Plaintiffs' claims for costs of litigation (including attorney's fees).

1. Under the Consent Decree entered by this Court, the deadline for the Plaintiffs to file a motion for costs of litigation, including attorney's fees, for activities performed with respect to Count 2 claims is April 12, 2006.

2. The Consent Decree provides that "any provision of this Consent Decree may be modified by the Court upon motion by any Party to this Consent Decree demonstrating that such modification is consistent with law and in the public interest, after consideration of any response by the non-moving party."

3. On April 11, 2006, the parties submitted a consent motion requesting the Court to extend the deadline for Plaintiffs to submit a motion for costs, including attorneys' fees, for activities performed with respect to Count 2 of the Complaint to June 26, 2006.

4.   On June 23, 2006, the parties submitted a consent motion requesting the Court to extend the deadline for Plaintiffs to submit a motion for costs, including attorneys' fees, for activities performed with respect to Count 2 of the Complaint to July 24, 2006. The Court entered a minute order on June 27, 2006, granting the parties' request.

5.   Counsel for the parties have engaged in settlement discussions concerning Plaintiffs' proposed agreement for costs, and have reached an agreement. However, counsel require additional time to effectuate the settlement agreement.

6.   The settlement agreement for fees provides that "[n]ot later than July 24, 2006, the parties agree to file a joint motion in this matter notifying the Court that they have reached a settlement on the issue of fees and costs incurred prior to July 24, 2006, and asking the court to amend the consent decree to extend the time for petitioners' fee and cost motion to November 30, 2006, to facilitate effectuation of the settlement agreement."

7.   Consistent with the above provision of the settlement agreement for fees, Plaintiffs request that the Court extend the deadline for Plaintiffs to submit a motion for costs, including attorney's fees, for activities performed with respect to Count 2 of the Complaint to November 30, 2006.

7.   The parties believe that this motion to modify the Consent Decree is consistent with law and in the public interest because it will allow the parties sufficient time to resolve informally the Plaintiffs' claims for costs of litigation and avoid unnecessary litigation.

8.   Counsel for the Defendant EPA has authorized the undersigned to represent to the Court that EPA does not object to this motion.

     For these reasons, we move the Court to approve the modification to the Consent Decree.

Dated: July 24, 2006

                                            Respectfully submitted,

                                            /s/ Jennifer C. Chavez
                                          Jennifer C. Chavez
                                          David S. Baron
                                          Earthjustice
                                          1625 Massachusetts Ave., N.W., Suite 702
                                          Washington, D.C.  20036
                                          (202) 667-4500
                                          *Attorneys for Plaintiffs*